**Order entered May 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01569-CR

### THE STATE OF TEXAS, Appellant

### V.

### JOHN M. CHERRY, Appellee

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F10-72386**

## ORDER

Before the Court is appellee's May 28, 2013 motion for extension of time to file his brief.

We **GRANT** the motion. We **ORDER** appellee's brief received May 28, 2014 filed as of the

date of this order.

/s/      JIM MOSELEY
JUSTICE